UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN VANSPARRENTAK,

    Plaintiff,

v.                          Case No. 3:14cv399/MCR/EMT

SHERIFF WENDALL HALL, et al.,

    Defendants.
_____/

# O R D E R

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated January 14, 2015.  (Doc. 14).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     This cause is **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

    3.     The clerk is directed to enter judgment accordingly and close the file.

    **DONE AND ORDERED** this 26th day of January, 2015.

    *s/ M. Casey Rodgers*
    **M. CASEY RODGERS**
    **CHIEF UNITED STATES DISTRICT JUDGE**